[Nos. 34541-9-I; 35935-5-I.   Division One.   June 19, 1995.]

LORI LIEPPMAN, *Respondent*, v. GARY DAVID FLANZER, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-07153-9, Ann Schindler, J., entered April 1, 1994 and December 12, 1994. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 33447-6-I.   Division One.   June 19, 1995.]

*In re the Estate of* RUTH WARD.

NEIL R. SARLES, *Appellant*, v. VICTORIA WARD, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 92-4-02397-8, Peter Jarvis, J., entered August 18, 1993. *Reversed* by unpublished opinion per Becker, J., concurred in by Agid and Grosse, JJ.

[No. 33540-5-I.   Division One.   June 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER ALAN WIGSMOEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-00464-4, Frank L. Sullivan, J., entered September 27, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Grosse, JJ.